# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

───────────────

No. 11-60057

───────────────

NEW ORLEANS DEPOT SERVICES, INCORPORATED,

    Petitioner

v.

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, US DEPARTMENT OF LABOR; NEW ORLEANS MARINE CONTRACTORS; SIGNAL MUTUAL INDEMNITY ASSOCIATION LIMITED,

    Respondents

───────────────

Petition for Review of an Order of the
Benefits Review Board

───────────────

O R D E R:

IT IS ORDERED that respondents' unopposed motion of New Orleans Marine Contractors and Signal Mutual Indemnity Association, Ltd. for an extension of time to file a response to the petition for rehearing en banc is GRANTED IN PART. Respondents are allowed a 14 day extension.

IT IS FURTHER ORDERED that respondent's unopposed motion of Director, Office of Worker's Compensation Programs, US Department of Labor, for an extension of time to file a response to the petition for rehearing en banc is GRANTED IN PART. Respondent is allowed a 14 day extension.

/s/ Carl E. Stewart
_____
CARL E. STEWART
UNITED STATES CIRCUIT JUDGE